Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Shiree Lavon Lucero**<br>SSN: XXX-XX-0378 | Bankruptcy No. 07-22894 WTT |
| Debtor(s). | |

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on December 29, 2009, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1010 in the amount of $93.36 was sent to ReBound Inc. at the address on file with the Court. The check has not been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on March 25th, 2010.

DATED this 25th day of March, 2010.

_____
Elizabeth Rose Loveridge
Chapter 7 Trustee

T:\LuceroUnclaimedFunds.032510

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2010, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Shiree Lavon Lucero
>3340 South Sunshade Drive
>West Valley City, UT 84120-6730
>
>Jose A. Loayza
>5663 South Redwood Road
>Suite 2
>Taylorsville, UT 84123

*[signature]*

T:\LuceroUnclaimedFunds.032510